Name: Antoine D. Robinson
Prison Number: 04235-063
FCI Herlong
P.O. Box 800
Herlong, Ca 96113
Address or Place of Confinement

FILED
MAY 31 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Note: If represented by an attorney, write attorney's name, address & telephone number

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

Antoine Dwayne Robinson
Full Name (First, Middle, Last)

Petitioner,

vs.

David Brewer
Name of Warden
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 2:22-cv-0934 DB (He)
(to be supplied by the Clerk of the United States District Court)

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY**

---

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1. ✓ a conviction
2. ✓ a sentence
3. ___ jail or prison conditions
4. ___ prison discipline
5. ___ a parole problem
6. ___ other

**CAUTION:** If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

---

# PETITION

(1) Place of detention: F.C.I. Herlong, California

(2) Name and location of court which imposed sentence: U.S. District Court for the Eastern District of Oklahoma

(3) Offense(s) and indictment number(s) (if known) for the sentence imposed: 18 U.S.C. §1951 Interference w/Commerce by Robbery, 18 USC §922(g) Felon in Poss of Firearm, 18 USC §924(c)(1)(A) Poss F/A During a COV

(4) The date the sentence was imposed and the terms of the sentence: June 25, 2004 - Found as a Career Offender and Sentenced to: 240 Months (Ct 1) 120 Months (Ct 2) and 84 Months (Ct 3)(Consecutive) = 327 Months w/3 yrs Super-Release

(5) What was your plea (check one):    Not guilty ( )    Guilty (✓)    Nolo contendere ( )

(6) Kind of trial (check one):    Jury ( )    Judge only ( )

(7) Did you appeal from the judgment of conviction or the imposition of sentence:    Yes ( )    No (✓)

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court:_____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result:_____

SECOND APPEAL:
Name of court:_____
Grounds raised (list each):
   1) _____
   2) _____

Result/Date of result:_____

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

   **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

→ GROUND ONE _Petitioner is Actually Innocent of non-capital enhanced Pre-Booker/Mandatory Guideline Sentence under 4B1 and 4B1.2 (1997)_

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions*, in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Robinson contends that Mathis v. United States (S.Ct 2016) and Descamps v. United States (S.Ct 2013) retroactively established that under the Categorical approach of Taylor v. United States (S.Ct 1990) his California State Court Convictions of Attempt 2nd Degree Robbery and Terroristic Threats are not Crimes of Violence as defined in 4B1.2 therefore making him innocent of his current Career Offender Sentence, under the Mandatory Guideline Scheme. Then in 2016 Johnson v. United States impacted the Sentencing Guidelines again removing the then "Residual Clause" thus eliminating Robinson's 18 U.S.C 1951 HOBBS ACT Robbery conviction under 10th Cir Precedent as predicate offense for Career Offender purposes. If either 1) These changes were retroactive petitioner could prevail on 2255 or 2) Sentenced to day petitioner's Sentence would be significantly lower than his Pre-Booker/Mandatory Guideline range of 262-327. Therefore he suffers an injustice of Sentencing disparity.

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison administrations appeal?

Yes ( )    No (✓)   If your answer is no, explain why not: _This is not a BoP Matter but a Sentencing Guideline Enhancement issue_

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL          Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

SECOND ADMINISTRATIVE APPEAL         Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result _____

THIRD ADMINISTRATIVE APPEAL    Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

FOURTH ADMINISTRATIVE APPEAL    Level of appeal:_____
Grounds raised (list each):
   1) _____
   2) _____
Result/Date of result:_____

(11) Is the grievance process completed?    Yes ( )    No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes (✓)    No ( )

(13) If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: Eastern District of Oklahoma
Nature of proceeding: § 2255
Grounds raised (list each):
   1) Ineffective Asst of Cancel failure to Perfect Appeal
   2) Dist Court Erred relying on California Prior for 4B1.1 Enhancement
Result/Date of result: Oct 24, 2007

SECOND PREVIOUS PETITION
Name of court: Eastern Dist of Oklahoma
Nature of proceeding: § Second and Successive 2255
Grounds raised (list each):
   1) Pre-Booker/Mandatory Guideline Sentence was unconstitutional under Johnson (2016)
   2) Predicate offense Hobbs Act Robbery not CoV under 2016 Sentencing Guidelines
Result/Date of result: Sept 6, 2017

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.
This Court has jurisdiction under 2241 over an actual innocence claim under 2255(e) "Escape Hatch" where 2255 is inadequate or ineffective to test the legality of a Sentence (Allen v. Ives 9th Cir 2019). Petitioner does not have an unobstructed procedural shot at presenting his actual innocence claim because 1) it was foreclosed by existing precedent at the time of his Direct Appeal and 2255 and 2) his claim is not a Constitutional violation but based on the Mathis/Descamp interpretation of federal statutes and wouldn't satisfy the 28 USC 2244 criteria for Second and Successive 2255 Motions.

(15)  Are you presently represented by counsel?

Yes ( )          No (✓)

If so, provide your attorney's name, address, and telephone number:

_____

_____

(16)  If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (✓)          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

___

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

May 23, 2022                          [signature]
(Date)                                 (Signature of Petitioner)


_____
(Signature of Attorney, if any)